

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00048-CR

| | | |
|---|---|---|
| ROSS WILLIAMS CARNEAL, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (CR13415) |
| V. | § | October 24, 2019 |
| | § | Per Curiam |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the $15 assessed for "Motion to Proceed/Revoke Fee," leaving total court costs of $75. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM